# Complaint

6:21-cv-646-GKS-LRH

Bivens Action
Nelson Hearing

Case #: 19CF1258A

For the record I am living breathing man on the American Land entitled to a bond on all allegations. On all of the allegations I've had a bond on before considering open pleaing to the bench on Case # 2019-CF-001364A infront of Judge Melanie Chase on the only charge without bond holding me in custody

Furthermore, Pryer to coming to an agreement open pleaing me on Case # 2019-CF-001364A infront Judge Melanie Chase, I had been sitting In custody at John E. Polk Facility for 2 years with Bonds on Case # 19-CF-1258A until Febuary 18, 2021, State Prosecutor Anna Valentini Maiciouly Filed a Document to take all my bond amounts and within this Document she stating that I never had a bond Case # 19-CF-1258A. When I have had Bonds on Case # 19-CF-1258A from when I first came In custody April 8, 2019. She also state In the Document filed on Febuary 18, 2021 that I went for a bond Hearing on Case #19-CF-1258A, when Court records show that bonds were Issued already all the way until Febuary 18, 2021. This to me seems like my State Attorney Anna Valentini has a personal Interest In me and my cases. She took it upon herself to file a Falsify Document Saying that I went for a bond hearing on Case # 19-CF-1258A, when the only bond hearing I filed for and went before a Judge was Case # 19-CF-001364A Infront Judge Jessica Recksielder. I'm asking the higher courts to please acknowledge this matter of my case and my bonds. Also to acknowledge that since my arrest April 8th 2019 I have had bonds on all my cases except Case # 2019CF001364A Then out of no where all my bonds

were taken when she Filed this Falsifyed Document as of Febuary 18th 2021. This to me sounds like State attorney Anna Valentini has out for me and doesn't want me of custody for what reason I do not know. All I'm asking is for this matter to be looked Into and addressed. Also for me to be removed from infront Of this state attorney because I feel I am being maliciously prosecuted

Also, I am guranteed under the constitution of the united states, I am not facing a Capital Crime or Infamous crime on a presentment or Indictment of grand jury, I have been deprived of life, liberty and property, without due process of Law as I been maliciously prosecuted having me held without on bond on this single case #: 2019-CF-001364A for two years in john E Polk correctional Facility against my will without being convicted of a crime.

*Thomas Harris*

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA
vs.

TAMAS HARRIS JR

CHARGE(S): AMENDED MINUTES
ALL CHARGES

FILED
FEB 18 2021
CLERK SEMINOLE COUNTY

DATE FEBRUARY 20, 2020
CASE NO. 19CF1258A

**OPEN COURT MINUTES**

HONORABLE JESSICA RECKSIEDLER        COURTROOM  5D   CRT.REPT. DIGITAL
DEPUTY CLERK P. TABOR                                 BAILIFF DEPUTY J. BRADLEY
STATE ATTORNEY ANNA VALENTINI                         OTHER
PUBLIC DEFENDER/DEFENSE ATTORNEY KEVIN PROULX
Defendant was  ✓  present / _____ not present for MOTION - IN CUSTODY
_____ Defendant was sworn as to his Affidavit of Indigency. Court found _____ indigent and appointed the Public Defender.
_____ BENCH WARRANT issued for failure to appear; _____ BOND FORFEITED; PTR/ROR REVOKED, BOND SET AT $_____
 ✓  Defendant was sworn; Defendant entered plea/admission of _____ GUILTY/ _____ NOLO CONTENDERE/ _____ NOT GUILTY

AMENDED TO REFLECT : COURT RE-ADDRESSED THE CASE. COURT DENIED THE MOTION FOR BOND.
DEFENDANT IS RETURNED TO CUSTODY AT NO BOND. CASE LEVEL.

JESSICA J. RECKSIEDLER

_____ THE COURT GRANTED MOTION TO WITHDRAW AND APPOINTED _____ _____ ADJUDGED GUILTY/ _____ WITHHELD ADJUDICATION _____ PSI WAIVED
_____ THE COURT: _____ found factual basis.  _____ ACCEPTED PLEA/ _____ ADJUDGED GUILTY/ _____ WITHHELD ADJUDICATION _____ PSI WAIVED
_____ PSI ORDERED _____ SHORT FORM PSI _____ RECORDS CHECK/SCORESHEET ORDERED _____ PDR ORDERED
_____ Ordered Drug Screening returnable on or before _____, _____ Proceeded to sentencing.
 ✓  Defendant _____ CONTINUED ON BOND/PTR/ROR/  ✓  RETURNED TO CUSTODY/ _____ REMANDED, BOND SET AT $_____
_____ Conditions of release: _____
_____ The Court granted/denied _____ DEFENSE/ _____ STATE/ _____ JOINT MOTION TO CONTINUE _____ at _____ .m. Courtroom _____ Waived speedy trial.
_____ Trial Scheduling Conference Set
_____ TRIAL / JURY SELECTION / DOCKET SOUNDING / SENTENCING / VOP HEARING / ARRAIGNMENT / continued to/set for _____
_____ at _____ M., in Courtroom _____, _____ at the Criminal Justice Center, 101 Eslinger Way, Sanford, FL 32773, before Judge _____
_____ Notice to Appear _____ Bond Released.
Defendant excused from _____ to appear on _____
at _____ M. for _____ in Courtroom _____

**RECEIPT OF DEFENDANT**
I hereby acknowledge receipt of a copy of the foregoing and acknowledge that I am required to appear for hearing as indicated above.

X_____          --VIA JAIL--
DEFENDANT'S SIGNATURE          Address (if changed)

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Court Administration, 301 North Park Avenue, Sanford, FL 32771, telephone number (407) 665-4227 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS THE CLERK AND SEAL THIS  18TH  DAY OF          FEBRUARY 2021
I hereby furnished a true copy hereof to those indicated below:    NUNC PRO TUNC 02/20/2020
                                                                    GRANT MALOY
_____ Probation (pink)      X  Defense Attorney (yellow)            CLERK OF THE CIRCUIT COURT AND
 X  Sheriff (green)         _____ Bondsman  State Attorney          COMPTROLLER
 ✓  Defendant               _____ Finance                           BY: _____
                                                                    DEPUTY CLERK

\\217.033